IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD CLYDE SNELL, #149406, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:12cv1075-WHA |
| ) | (WO) |
| LEEPOSEY DANIELS, *et al*., ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on October 19, 2015, (doc. # 55), that this case be dismissed with prejudice.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED;

2. The defendants' motion for summary judgment is hereby GRANTED and judgment will be entered in favor of the defendants on the plaintiff's federal claims;

3. The plaintiff's state law claims are hereby DISMISSED without prejudice;

4. Costs of this proceeding are hereby TAXED against the plaintiff for which execution may issue.

An appropriate judgment will be entered.

Done this the 12th day of November, 2015.

                                      /s/ W. Harold Albritton  
                                      W. HAROLD ALBRITTON  
                                      SENIOR UNITED STATES DISTRICT JUDGE